# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN

In Re:

**LEE MORK, JR**

        Debtor(s).                  Case No: 22-11041

## OBJECTION TO MOTION TO DISMISS BROUGHT ON BY THE CHAPTER 13 TRUSTEE MARK HARRING

Lee Mork, Jr., debtor(s), by attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Wade M. Pittman hereby object to the Motion to Dismiss brought on by the Chapter 13 Trustee for the following reasons:

1) The debtor will be filing a modified plan shortly to cure the current plan default.

### REQUEST FOR HEARING

The undersigned requests a hearing before the Honorable Catherine Furay, Bankruptcy Judge.

Dated this __5__ day of October, 2022 at Madison, Wisconsin.

                                             **PITTMAN & PITTMAN LAW OFFICES, LLC**

                                       **By:**      **s/Wade M. Pittman**
                                                           **Wade M. Pittman**
                                                           **Attorney for Debtor(s)**
                                                           **Attorney No: 1090712**
                                                           **702 N Blackhawk Ave, STE 101**
                                                           **Madison, WI 53705**
                                                           **(608) 233-4336**