**UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WISCONSIN**

In Re:

**LEE DAVID MORK, JR.**

      **Debtor(s).**　　　　　　　　　　　　　　**Case No: 22-11041**

**OBJECTION TO MOTION TO DISMISS BROUGHT ON BY THE CHAPTER 13 TRUSTEE
MARK HARRING**

Lee David Mork, Jr, debtor(s), by attorneys PITTMAN & PITTMAN LAW OFFICES, LLC by Wade M. Pittman hereby object to the Motion to Dismiss brought on by the Chapter 13 Trustee for the following reasons:

1)     The debtor is $600.00 behind on plan payments. The debtor indicated to the undersigned that he is paid on this coming Friday (02/17/23) and will be able to set up a $600.00 payment that day to bring the payments current.

**REQUEST FOR HEARING**

The undersigned requests a hearing before the Honorable Catherine Furay, Bankruptcy Judge.

**Dated this　__14__ day of February, 2023 at Madison, Wisconsin.**

                                  **PITTMAN & PITTMAN LAW OFFICES, LLC**

                               **By:**　　**s/Wade M. Pittman**
                                     **Wade M. Pittman**
                                     **Attorney for Debtor(s)**
                                     **Attorney No: 1090712**
                                     **702 N Blackhawk Ave, STE 101**
                                     **Madison, WI 53705**
                                     **(608) 233-4336**